UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-62605-RSR-ROSENBAUM

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA
KENNEDY,

      Plaintiffs,

v.

UNIVERSITY CROSSINGS FIVE, LLC
and UNIVERSITY CROSSINGS SEVEN
LLC,

      Defendants.
_____/

## THIRD PARTY PLAINTIFF'S NOTICE OF SETTLEMENT

Third Party Plaintiffs, UNIVERSITY CROSSINGS FIVE, LLC and UNIVERSITY CROSSINGS SEVEN, LLC, by and through undersigned counsel, hereby advise the Court that the Third Party Claims have been settled. The parties will submit a Consent Decree or appropriate dismissal papers.

Dated  October 11, 2012 .

                              Respectfully submitted,

                              By:  s/ Scott J. Topolski
                                  Scott J. Topolski, Esq.
                                  Florida Bar No. 0006394
                                  stopolski@bdblaw.com
                                  Buckingham, Doolittle & Burroughs, LLP
                                  5355 Town Center Road, Suite 900
                                  Boca Raton, Florida  33486
                                  Telephone:  561 241-0414
                                  Facsimile:   561 241-9766
                                  Attorneys for Defendants/Third Party Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  October 11, 2012 , I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document and the notice of electronic filing is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Scott J. Topolski
Scott J. Topolski, Esq.
Florida Bar No. 0006394
stopolski@bdblaw.com

## SERVICE LIST

Douglas Steven Schapiro, Esq.
Schapiro Law Group, PL
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL  33433
Phone: 561.807.7388
Fax: 561.807.7198
Schapiro@schapirolawgroup.com
*Notice of Electronic Filing generated by CM/ECF*

Jacqueline Lavoie, Esq.
Law Offices of Jacqueline Lavoie, PA
Attorney for Vijay Kumar
2001 Palm Beach Lakes Blvd., #502
W. Palm Beach, FL  33409
Phone: 561.223.2498
Fax: 561.491.2050
*Notice of Electronic Filing generated by CM/ECF*

Nuruddin Kassim
12347 N.W. 10 Drive
Coral Springs, FL  33071
*via U.S. Mail*