UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62605-CIV-ROSENBAUM

ACCESS FOR THE DISABLED, INC., *et al.*,

    Plaintiffs,

v.

UNIVERSITY CROSSINGS FIVE, LLC, *et al.*,

    Defendants.

_____/

### FINAL ORDER OF DISMISSAL

This matter is before the Court upon the parties' Amended Joint Stipulation for Dismissal With Prejudice. [D.E. 77]. In this filing, Third-Party Plaintiffs University Crossings Five, LLC, and University Crossings Seven, LLC, and Third-Party Defendants Vijay Kumar and Tandoor and Curry, Inc., stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Stipulation for Dismissal With Prejudice [D.E. 77] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees. The Court shall retain jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of October 2012.

                                                      ROBIN S. ROSENBAUM
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record